Case 2:15-cr-00384-CAS   Document 10   Filed 07/20/15   Page 1 of 1   Page ID #:23



FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Stephanie Wasson DEFENDANT(S). | CASE NUMBER CR 15-384 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 22__, __2015__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    *(Other custodial officer)*

Dated: __7/20/15__          _____
                            U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                            Page 1 of 1